# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NORMAN GLAVAS** and **LUBA GLAVAS**,
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CMALT REMIC SERIES 2007-A6-REMIC PASS-THROUGH CERTIFICATES SERIES 2007-A6,**
Appellee.

No. 4D16-2349

[January 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 2015CA003022.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellants.

David Rosenberg, Cynthia L. Comras and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***